THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JARMAINE SCUTCHINS, Appellant. [932 NYS2d 335]—

Defendant is eligible for consideration for resentencing even though he had been released from custody on his drug conviction but reincarcerated for a parole violation (*see People v Paulin*, 17 NY3d 238 [2011]), and even though he was again paroled while his application was pending (*see People v Santi-*

*ago*, 17 NY3d 246 [2011]). Concur—Tom, J.P., Catterson, Moskowitz, Freedman and Richter, JJ.